UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDRE SMILEY,            Case No. 1:14-CV-210

    Plaintiff,            Judge Timothy S. Black
           Magistrate Judge Stephanie K. Bowman

-vs-

THE VIEW, *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B); that Plaintiff is **DECLARED** a harassing and vexatious litigator, and is therefore **PROHIBITED** from filing any additional complaints without first obtaining leave of Court; the Clerk of Court is **DIRECTED** to reject any additional complaints that Mr. Smiley attempts to file unless he moves for, and is granted, leave to file a new complaint by the Court; it is **CERTIFIED** pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore, the plaintiff is **DENIED** leave to appeal *in forma pauperis;* and the case is **TERMNINATED** on the docket.

Date: 3/14/2014            **JOHN P. HEHMAN, CLERK**

           By: *s/M. Rogers*, D.C.
           Deputy Clerk